BEFORE THE SECOND DIVISION, SEPTEMBER 29, 1955

**No. 59315.**—Associated Metals & Minerals Corporation *v.* United States, protest 241720–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of alloys in chief value of tin, not specially provided for, the claim of the plaintiff was sustained.

**No. 59316.**—Wedemann & Godknecht, Inc. *v.* United States, protest 235968–K (New York).

Opinion by LAWRENCE, J. At the trial, the sole witness for the plaintiff produced a sample dinner knife from the shipment in question, which was received in evidence as exhibit 1. The witness testified that the article measured about 3¾ inches. From the testimonial record and an examination of exhibit 1, the claim of the plaintiff was sustained.